AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>STEVENS, JOHN PAUL | 2. Court or Organization<br><br>SUPREME COURT OF THE U. S. | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE (Ret.) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>1 FIRST STREET, N. E.<br>WASHINGTON, D.C. 20543 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | New York Review of Books - book reviews | $14,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas Law School | April 14-15, 2012 | Austin, Texas | Law Review Association's Annual Banquet | Transportation, Meals, Hotel |
| 2. | Yale Law School | April 24-25, 2012 | New Haven, Connecticut | Morris Tyler Moot Court of Appeals and Yale Law & Policy Review - Q&A session | Transportation, Meals, Hotel |
| 3. | Harvard Law School | April 25, 2012 | Cambridge, Massachusetts | Environmental Law Society - Horizon Environmental Law Award | Transportation, Meals, Hotel |
| 4. | Duke University School of Law | May 12, 2012 | Durham, North Carolina | Q&A session and Hooding Ceremony | Transportation, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | STEVENS, JOHN PAUL | 05/15/2013 |

| | | | | |
|---|---|---|---|---|
| 5. | University of Arkansas, Clinton School of Public Service | May 30-31, 2012 | Little Rock, Arkansas | William J. Clinton Distinguished Lecturer and Q&A session | Transportation, Meals, Hotel |
| 6. | Chicago Bar Association | Ooctober 2, 2012 | Chicago, Illinois | John Paul Stevens Awards Luncheon | Meals, Hotel |
| 7. | Chicago-Kent College of Law | October 3, 2012 | Chicago, Illinois | Remarks and Q&A session | Tansportation, Meals, Hotel |
| 8. | Forum Club of the Palm Beaches and the Palm Beach County Bar Association | November 9, 2012 | West Palm Beach, Florida | Luncheon Meeting | Transportation, Meals |
| 9. | Tau Epsilon Rho Law Society | December 27, 2012 | Naples, Florida | Benjamin Nathan Cardozo Award Dinner | Meals, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Honorary Membership (Non-resident fee) | $840.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Ins. Inv., Arlington | B | Interest | N | T | | | | | |
| 2. BB&T Ins. Inv., Arlington | B | Interest | N | T | | | | | |
| 3. Wells Fargo | B | Interest | N | T | | | | | |
| 4. Wells Fargo | B | Interest | L | T | | | | | |
| 5. Wells Fargo | A | Interest | L | T | | | | | |
| 6. Bank of America | B | Interest | M | T | | | | | |
| 7. Income Beneficiary Family Trust No. 2 | E | Interest | P1 | W | | | | | |
| 8. - Investment property in Webster County, Iowa | | | | | Sold | 12/12 | P1 | H1 | See note in Part VIII |
| 9. - Shares/Bank of America Short Term Investment Fund | | | | | | | | | |
| 10. - Bank of America CTF Tax Exempt Bond Fund | | | | | | | | | |
| 11. Norfolk, VA GO Cap Imp and Ref Bds | A | Interest | J | T | | | | | |
| 12. VA College Building Authority | B | Interest | K | T | | | | | |
| 13. Greater Richmond Convention Control | B | Interest | K | T | | | | | |
| 14. Henrico County, Va. Econ. Dev. | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  INVESTMENTS and TRUSTS - D.(5) Indentity of buyers:  Mr. and Mrs. Carl Pringle and R. Byron Bird Trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN PAUL STEVENS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544